UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN EDWARDS and VERONICA EDWARDS, husband and wife | CIVIL ACTION NO. 3:14-cv-00772 |
| VERSUS | JUDGE DEGRAVELLES |
| VALERO REFINING-MERAUX, LLC, STARCON INTERNATIONAL, INC, and BURNS AND MCDONNELL ENGINEERING, INC. | MAGISTRATE RIEDLINGER |

**************************************************************************

### MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, VALERO REFINING-MERAUX, LLC (hereinafter referred to as "Valero"), who seeks dismissal of all of Plaintiffs' claims with full prejudice in the above-captioned litigation for the following reasons.

Valero moves for summary judgment pursuant to Fed. R. Civ. P. 56 and declares there are no genuine issue as to any material fact and Valero is entitled to summary judgment as a matter of law because:

1. Valero was the statutory employer of John Edwards at the time of the workplace accident made the subject of this litigation; and

2. Based on the employer/employee relationship, Valero is entitled to tort immunity under the exclusivity provisions of the Louisiana Worker's Compensation Act.

Valero files and incorporates the following exhibits in support of its Motion for Summary Judgment:

Exhibit 1 - Affidavit of Valero Turnaround Planning Manager, Robert Landry, and attachments A and B to the Affidavit. Attachment A is the Multi-Site Work Agreement between Valero and Car-Ber Holdings, Inc., d/b/a Car-Ber Testing Services (Valero Contract No.

CORP06MS3167-00). Attachment B is the Valero Purchase Orders to Car-Ber for work performed at the refinery.

Pursuant to *Local Rule* 56.1, Valero has concurrently filed herewith a Statement of Material Undisputed Facts on which this motion may be granted. The reasons and legal authorities entitling Valero to summary judgment are more fully explained in the *Memorandum in Support in Support of Motion for Summary Judgment*.

**WHEREFORE**, Valero prays its Motion for Summary Judgment be granted, dismissing all of the Plaintiffs' claims against it with full prejudice and at the Plaintiffs' sole cost. Valero further prays for all general and equitable relief to which it is entitled.

RESPECTFULLY SUBMITTED:

BRINEY FORET CORRY

By: **S/ Charles J. Foret**
CHARLES J. FORET (#05700)
JASON R. GARROT (#29202)
BRINEY FORET CORRY
413 Travis Street, Suite 200
Post Office Drawer 51367
Lafayette, LA 70505-1367
Telephone: (337) 237-4070
Facsimile: (337) 233-8719
foret@brineyforet.com
garrot@brineyforet.com
Attorneys for Valero Refining-Meraux, LLC

## CERTIFICATE OF SERVICE

  I hereby certify that on May 15, 2015, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                By: ***S/ Charles J. Foret***
                   CHARLES J. FORET (#05700)
                   JASON R. GARROT (#29202)